# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                                                                                            Case No. 12–31733  
                                                                                                                                              Chapter 13

LaShanda E. Boykin

    Debtor

## NOTICE OF FILING FEES DUE

    A review of the Court's financial records disclosed that there is an outstanding filing fee of $210.75 due for the above referenced bankruptcy case filed by you on July 11, 2012. Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

    Please remit the outstanding balance by way of a money order or cashier check. **We do not accept cash.** The case number should be referenced on the payment. The payee on the money order or cashier check is: *Clerk, U.S. Bankruptcy Court*. Failure to pay filing fees will result in additional collection proceedings. Please remit payment to:

    U.S. Bankruptcy Court  
    One Church Street  
    Montgomery, AL 36104

    If you have questions, or require additional information, please contact the Financial Administrator at (334)954–3872.

Dated: November 19, 2012

*/s/ Juan–Carl Guerrero*

Juan–Carlos Guerrero  
Clerk, U.S. Bankruptcy Court